**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Joseph Episcopo & Sons, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **22-3228466** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **374 Millburn Avenue** **Millburn, NJ 07041** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Essex** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Joseph Episcopo & Sons, Inc.**                                    Case number *(if known)* _____
_____
Name

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No. |
|---|---|---|

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No |
|---|---|---|

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

Debtor   **Joseph Episcopo & Sons, Inc.** _____   Case number (*if known*) _____
Name

---

**11.  Why is the case filed in this district?**

*Check all that apply:*

☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**█  Statistical and administrative information**

**13.  Debtor's estimation of available funds**        .   *Check one:*

☑  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

☐ 1-49                  ☐ 1,000-5,000            ☐ 25,001-50,000
☐ 50-99                 ☐ 5001-10,000            ☐ 50,001-100,000
☑ 100-199               ☐ 10,001-25,000          ☐ More than100,000
☐ 200-999

---

**15.  Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million         ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☑ $500,001 - $1 million     ☐ $100,000,001 - $500 million       ☐ More than $50 billion

---

**16.  Estimated liabilities**

☐ $0 - $50,000              ☑ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million       ☐ More than $50 billion

---

Debtor    **Joseph Episcopo & Sons, Inc.**        Case number (*if known*) _____
      Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 29, 2019**
         MM / DD / YYYY

X **/s/ Joseph Episcopo, III**              **Joseph Episcopo, III**
    Signature of authorized representative of debtor         Printed name

Title    **President**

---

**18. Signature of attorney**

X **/s/ Ilissa Churgin Hook, Esquire**       Date **May 29, 2019**
    Signature of attorney for debtor                   MM / DD / YYYY

**Ilissa Churgin Hook, Esquire IC-6531**
Printed name

**Hook & Fatovich, LLC**
Firm name

**1044 Route 23 North, Suite 204**
**Wayne, NJ 07470-5826**
Number, Street, City, State & ZIP Code

Contact phone    **(973) 686-3800**      Email address    **ihook@hookandfatovich.com;**
                                                  **mfatovich@hookandfatovich.com**

**IC-6531 NJ**
Bar number and State

# United States Bankruptcy Court
## District of New Jersey

In re   **Joseph Episcopo & Sons, Inc.**          Case No. _____

                         Debtor(s)         Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 29, 2019** _____      **/s/ Joseph Episcopo, III** _____

                                             **Joseph Episcopo, III**/**President**
                                             Signer/Title

A to Z Mechanical, Inc.
309 Union Ave
Wood Ridge, NJ 07075

A&M Roofing Company, Inc.
13 John Drive
Annandale, NJ 08801

A&S Painting LLC
24 Fairview Ave, Apt 2
North Plainfield, NJ 07060

A1 Carlos Contracting &Handyman Services
10 Abbett Ave
Morristown, NJ 07960

ADP, LLC
ADP Tax Center
400 West Covina Blvd.
San Dimas, CA 91773

AGS Enterprises
P.O. Box 83
New Hampton, NY 10958

Air Exchange & Energy Solutions, Inc.
169 Oakdene Ave
Leonia, NJ 07605

All Country Sewer & Drain Service, Inc.
10 Bonnell St
Chatham, NJ 07928

All Media Consultants LLC
75 Mountainview Rd
Millburn, NJ 07041

Allied Brothers Home Corp
41-43 La France Avenue
Bloomfield, NJ 07003

Ally Finance
Box 380902
Minneapolis, MN 55438

Ally Finance
P.O. Box 9001948
Louisville, KY 40290


Alvaro Stairs LLC
4201 Tonnelle Avenue North
North Bergen, NJ 07047


American Express
American Express Special Research
Po Box 981540
El Paso, TX 79998


Andrew E. Hall & Sons, Inc.
42 Bartley Road
Chester, NJ 07930


Anne Marie Episcopo
100 Glenside Ave.
Summit, NJ 07901


Argent Contracting Co., Inc.
16 Watchung Avenue
Chatham, NJ 07928


Arzee
Beacon Roofing Supply Company
P.O. Box 415439
Boston, MA 02241-5439


Associated Building Maintenance, Inc.
41 Dolson Avenue
Suite 3
Middletown, NY 10940


Atlas Ladder Company, Inc.
239 Watchung Avenue
P.O. Box 380
West Orange, NJ 07050


Atlas Marble & Granite, LLC
44 Fadem Road
Springfield, NJ

B-Z Plumbing LLC
240 Church Lane
North Brunswick, NJ 08902


B. Garretson Roofing, Inc.
P.O. Box 66
Morris Plains, NJ 07950


Ballan Improvement Group LLC
112 Beech Street
Cranford, NJ 07016


Banner Life
P.O. Box 740526
Atlanta, GA 30374-0526


Baran Electric
75 Mase Road
Lake Hopatcong, NJ 07849


Benham's Service & Garage
414 Springfield Avenue
Berkeley Heights, NJ 07922


Berkeley Heating & Air Conditioning
360 Valley Road
Gillette, NJ 07933


Black Sheep Fiberglass Services, LLC
112 Ridgedale Avenue
Madison, NJ 07940


BOB'S Mobile Auto Repairs
325 Emerson Lane
Berkeley Heights, NJ 07922


Brookside Friendly Service
35 Summit Avenue
Summit, NJ 07901


Byline Financial Group
2801 Lakeside Drive, Ste 212
Bannockburn, IL 60015

Byline Financial Group
2801 Lakeside Drive
Suite 212
Babbonockburn
Deerfield, IL 60015-1849


C&E Trim Carpentry LLC
445 Girard Avenue
Somerset, NJ 08873


Chase
P.O. Box 15298
Wilmington, DE 19850


Chase
Card Member Services
P.O. Box 1423
Charlotte, NC 28201


Chase Auto Finance
Box 78068
Phoenix, AZ 85062


Chase Auto Finance
P.O. Box 78068
Phoenix, AZ 85062


Chatham  Stone & Earth Products Inc.
P.O. Box 719
Chatham, NJ 07928


Chatham Exxon
183 Main Street
Chatham, NJ 07928


Chatham Moving and Storage, Inc.
223 N. Passaic Avenue
Chatham, NJ 07928


Citizens One Auto Finance
P.O. Box 42113
Providence, RI 02940

CNA Insurance
P.O. Box 790094
Saint Louis, MO 63179-0094

Coastal Insulation & Installed Products
100 Lake Drive East
Hightstown, NJ 08520

Complete Payment Recovery Services
3500 5th Street
Northport, AL 35476

Creative Countertops 2, LLC
715 Fairfield Avenue
Kenilworth, NJ 07033

Custom Truck & Trailer, Inc.
P.O. Box 487
Florham Park, NJ 07932

D&A Demo LLC
2156 Camplain Road
Hillsborough, NJ 08844

D.A. Chiera and Sons, Inc.
32 Ashwood Drive
Summit, NJ 07901

David Taylor Design, LLC
156 Carteret Street
Glen Ridge, NJ 07028

Dean Episcopo
P.O. Box 4582
Warren, NJ 07059

Dean Episcopo
C/o Derek Ondis, Esq.
Zirulnik Sherwood and Demille
72 Eagle Rock Ave
East Hanover, NJ 07936

Delvid J. Jimenez
58 Salmen Road
New Providence, NJ 07974

Dennis R. Mellon
80 Diamond Hill Road
Berkeley Heights, NJ 07922


Document Solutions, LLC
P.O. Box 911608
Denver, CO 80291-1608


Document Solutions, LLC
P.O. Box 911608
Denver, CO 80291


Door Works, Inc.
10 Bushes Lane
Elmwood Park, NJ 07407


Dreyers Lumber
20 Watchung Avenue
Chatham, NJ 07928


DSGK Drywall, LLC
280 Madison Hill Road
Clark, NJ 07066


Eastern Fiberglass Co., LLC
5005 Belmar Blvd.
Suite A2
Wall, NJ 07727


Empire Supplies
1232 North Avenue
Plainfield, NJ 07062


Evergreen Recycling Solutions
110 Evergreen Avenue
Newark, NJ 07114


Fanwood Crushed Stone Co., Inc.
473 Wheeler Road
North Brunswick, NJ 08902


Fras-Air/General
178-C Route 206
Hillsborough, NJ 08844

G&S Home Remodeling, LLC
230 Thomas Street
Floor 1
Newark, NJ 07114


G.A. Solano Construction LLC
22 Hughes Place
Apt. 2
Summit, NJ 07901


Garcias Contructions and Design, Inc.
917 West Meadow Drive
Bound Brook, NJ 08805


Gerard's Disposal LLC
P.O. Box 515
Berkeley Heights, NJ 07922


German's General Contracting LLC
10 Abbett Avenue
Morristown, NJ 07960


Gina Episcopo
100 Glenside Avenue
Summit, NJ 07901


Gino's Tire and Maintenance
1616 South Second Street
Plainfield, NJ 07060


Glassworks
347 Millburn Avenue
Millburn, NJ 07041


Good Guys Electric
5 Watson Avenue
West Orange, NJ 07052


Great Lakes Tile & Stone
3 Douglas Street
Apartment 3
New Providence, NJ 07974

Greco Roman Tile
615 Central Avenue
Westfield, NJ 07090


Green Rock Recycling
78 State Route 173, Suite 1
Hampton, NJ 08827-4020


Greenbrook Stairs, Inc.
P.O. Box 126
Bernardsville, NJ 07924


Hall's Florist Home & Garden Center
700 Springfield Avenue
Berkeley Heights, NJ 07922-1602


Hanover Supply Co.
38 River Road
Chatham, NJ 07928


Harmony Heating Corp.
129 Hibernia Avenue
Rockaway, NJ 07866-2633


Heavenly Springs
P.O. Box 452
Roselle Park, NJ 07204


High Quality Electric LLC
52 East Grand Street
Hampton, NJ 08827


Home Depot Credit Services Department
PO Box 183175
Columbus, OH 43218


Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
PO Box 7346
Philadelphia, PA 19101-7346


Investor's Bank
249 Millburn Avenue
Millburn, NJ 07041

Investors Bank
249 Millburn Ave
Millburn, NJ 07041


Investors Bank
101 John F. Kennedy Parkway
Short Hills, NJ 07078


Investors Bank - Line of Credit
249 Millburn Ave
Millburn, NJ 07041


Ivano Painters LLC
34 Elm Street
Totowa, NJ 07502


J.A. Loebs & Sons, Inc.
11 Strawberry Lane
Hillsborough, NJ 08844


J.R. Landscaping
P.O. Box 245
Berkeley Heights, NJ 07922


Jaeger Lumber
P.O. Box 126
Union, NJ 07083-0126


James E. Stagaard
26 West High Street
Bound Brook, NJ 08805


Jeffrey Ullman, Esq.
Ullman, Furhman & Platt
89 Headquarters Plaza
North Tower, 12th Floor
Morristown, NJ 07960


Johnny On The Spot, LLC
3168 Bordentown Avenue
Old Bridge, NJ 08857


Jonass Air Duct Cleaning Corp.
250 McWhorter Street
Newark, NJ 07105

Joseph Episcopo IV
9 Hollister Road
Towaco, NJ 07082


Joseph Episcopo, III
100 Glenside Ave.
Summit, NJ 07901


Joseph Episcopo, III


Joseph Episcopo, III
C/o Derek Ondis, Esq.
Zirulnik Sherwood and Demille
72 Eagle Rock Ave
East Hanover, NJ 07936


JW Pierson Co.
P.O. Box 1101
Glen Ridge, NJ 07028


Kaue Siding LLC
83 Allen Street
Elizabeth, NJ 07202


Kevin Todd
19 Tree Top Road
Middlesex, NJ 08846


Konnor J. Episcopo
16 Ferguson Road
Warren, NJ 07059


Lanopt LLC
15 Ridgedale Avenue
Summit, NJ 07901


Last Stop Welding LLC
P.O. Box 1
Lake Hiawatha, NJ 07034


Lindsay Gonnello
11 Evelyn Road
Roseland, NJ 07068

Ling Lam
15 Windmere Terrace
Short Hills, NJ 07078


LJ Ross
P.O. Box 6099
Jackson, MI 49204-6099


Long Valley Exteriors LLC
110 Jabez Street
Suite 281
Newark, NJ 07105


M & A Brothers Corp.
317 Plainfield Avenue
Berkeley Heights, NJ 07922


M Davis Electric LLC
12 Alpine Court
Lafayette, NJ 07848


Marchionda & Ferrer, P.A.
950 Clifton Avenue
Clifton, NJ 07013


Marquez Printing Services, LLC
3 Arthur Road
Stanhope, NJ 07874


Marroquin Drywall
772 Vaughn Avenue
Toms River, NJ 08753


Mass Mutual Financial Group
Box 371368
Pittsburgh, PA 15250-7368


Mattonella e Marmo, LLC
35 Seminary Avenue
Apt. 1
Chester, NJ 07930

Morris County MUA
214A Center Grove Road
Dalrymple House
Randolph, NJ 07869


Morristown Lumber & Supply Co., Inc.
103 Ridgedale Avenue
P.O. Box 1115
Morristown, NJ 07962


Myles F. Kelly, Inc.
43-57 Harrison Avenue
Harrison
Harrison, NJ 07029


Napa Auto Parts
26 Watchung Avenue
Chatham, NJ 07928


NJ EZ Pass Violation Processing Bureau
PO Box 52005
Newark, NJ 07101-8205


Ocean View Mason & Supply
103 Hickory Street
Carteret, NJ 07008


Paese Construction LLC
266 Laurel Avenue
Kearny, NJ 07032


Pathway Retirement Resources, LLC
115 Franklin Turnpike, #236
Mahwah, NJ 07430


Perfection Contracting, LLC
1 Camre Drive
Newton, NJ 07860


Peter A. Drobach & Co., Inc.
2240 Route 22 East
Union, NJ 07083

Peter Ellan
18 West Jack Street
Hazlet, NJ 07730


Peter W. Traub Roofing & Carpentry, LLC
83 Industrial Road
Berkeley Heights, NJ 07922


Phoenix Financial Services, Inc.
P.O. Box 361450
Indianapolis, IN 46236


Pioneer Rentals, Inc.
Box 434- North Passaic Avenue
Chatham, NJ 07928


Prendeville Industries, Inc.
40 River Road
Chatham, NJ 07928-1916


Raider Electric, LLC
4 Spring Run Lane
Stewartsville, NJ 08886


Rainer G. Guidon
3 Tina Lane
Warren, NJ 07059


Ramon's Painting LLC
77 Napoleon Street
Newark, NJ 07105


Red Star Painting and Decorating
420 Bloomfield Avenue
Montclair, NJ 07042


Retrieval-Masters Credit Bureau, Inc.
4 Westchester Plaza
Elmsford, NY 10523


Ricciardi Brothers, Inc.
1915 Springfield Avenue
Maplewood, NJ 07040

Riva Concrete, Inc.
315 Mount Pleasant Avenue
Newark, NJ 07104


RMR Elevator Company, Inc.
1401 Roselle Street
Linden, NJ 07036


Robert Whitefield
33 Stewart Place
Fanwood, NJ 07023


Rogers Plumbing, Heating and Cooling,LLC
22 Mountain Way
West Orange, NJ 07052


Roldan Construction, Inc.
21 West Hanover Avenue
Morris Plains, NJ 07950


Role Models of Construction LLC
P.O. Box 107
Kearny, NJ 07032


Roman Plumbing and Heating
3 Wildwood Drive
Basking Ridge, NJ 07920


Romel Calle Construction, LLC
141 Baldwin Place
Bloomfield, NJ 07003


Roy M. Gutierrez
15 Laurel Drive
New Providence, NJ 07974


Samie Carpentry LLC
519 Mountain Avenue
Springfield, NJ 07081


SaxBST LLP
855 Valley Road
Clifton, NJ 07013-2483

Scheppe Landscape
P.O. Box 594
New Providence, NJ 07974


Selective Insurance Company of America
P.O. Box 371468
Pittsburgh, PA 15250-7468


Sequoia Construction
19 Princeton Street
Summit, NJ 07901


Service Experts NJ Plumbing, LLC
187 Route 206
Suite E
Hillsborough, NJ 08844


SGR Construction LLC
149 Elm Street
Kearny, NJ 07032


Sinche & Sons Home Improvements, LLC
275 Ralph Street
Belleville, NJ 07109


Spallone Electrical Contractors, Inc.
1 Milton Avenue
Summit, NJ 07901


Standard Tile East Hanover Corp.
320 Route 10
East Hanover, NJ 07936


Stanley Niedzwiecki
9 Deer Path
Dunellen, NJ 08812


Star Trimming LLC
110 Jabez Street
Newark, NJ 07105


State NJ Dept. Environmental Protection
NJ Dept. of Treasury-Division of Revenue
P.O. Box 417
Trenton, NJ 08646

State of New Jersey
Division of Wage and Hour Compliance
P.O. Box 389
Trenton, NJ 08625-0389


State of New Jersey - Sales & Use Tax
PO Box 999
Trenton, NJ 08646


State of New Jersey -Department of Labor
and Workforce Development
Division of Employer Accounts
PO Box  946
Trenton, NJ 08625


State of New Jersey -Department of Labor
and Workforce Development
Division of Employer Accounts
P.O. Box 059
Trenton, NJ 08646


State of New Jersey Attorney General
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625


State of New Jersey Division of Taxation
Division of Taxation - Bankruptcy Unit
50 Barrack Street, CN-245
Trenton, NJ 08646


Steven Meranus and Leah Meranus
C/o Clark Guldin
20 Church Street, Ste 15
Montclair, NJ 07042


Stone Center of Bridgewater
P.O. Box 79455
Baltimore, MD 21279-0455


Summit Electrical Supply Co.
520 Morris Avenue
Summit, NJ 07901

Summit Industrial Hardware, Inc.
107 Park Street
Summit, NJ 07901


Susan and Michael Gerson
55 Tennyson Avenue
Short Hills, NJ 07078


Taylor Rental
284 Springfield Avenue
Berkeley Heights, NJ 07922


The Collection
71 Summit Avenue
Box 824
Summit, NJ 07902-0824


The Fireplace Place
331 Springfield Avenue
Summit, NJ 07901


The Kitchen Classics
2268 Springfield Avenue
Vauxhall, NJ 07088


The Sherwin Williams Co.
20 Passaic Avenue
Fairfield, NJ 07004


Tolls By Mail
P.O. Box 15183
Albany, NY 12212-5183


Toth Electric
1008 Springfield Avenue
Mountainside, NJ 07092


Transworld Systems, Inc.
P.O. Box 15110
Wilmington, DE 19850-5110


TRS Recovery Services, Inc.
P.O. Box 60022
City of Industry, CA 91716-0022

Twin Pine Realty Corp.
91 Lone Pine Drive
Berkeley Heights, NJ 07922


Ultimate Aire Systems, Inc.
1160 Hamburg Turnpike
Suite 4
Wayne, NJ 07470


Verizon
PO Box 4833
Trenton, NJ 08650-4833


Verizon - Bankruptcy Admin
PO Box 3037
Bloomington, IL 61702-3037


Verrico & Palmer Bro LLC
1822 East Second Street
Scotch Plains, NJ 07076


Vigilante Electric Ctr LLC
P.O. Box 412
Springfield, NJ 07081


Viking Wood Floors, Inc.
16 Merry Lane
East Hanover, NJ 07936


Village Hardware
223 Main Street
Chatham, NJ 07928


Waste Management of New Jersey
Julla Street Station
1520 Lower Road
P.O. Box 877
Linden, NJ 07036


Waste Management of New Jersey, Inc.
New Jersey Transfer Stations
P.O. Box 13648
Philadelphia, PA 19101-3648

Weldon Asphalt Company
C/o Mongello & Scialabba, LLC
473 Wheeler Road
North Brunswick, NJ 08902


Weldon Concrete
c/o Mongello & Scialabba, LLC
473 Wheeler Road
North Brunswick, NJ 08902


Well Done Building Products
100 Faltoute Avenue
Roselle Park, NJ 07204


Windy Enterprises, Inc.
Attn.: Jeffrey Baron
2 Princeton Road
Livingston, NJ 07039


Yannuzzi Recycling
135 Kinnelon Road
Butler, NJ 07405