**Fill in this information to identify the case:**

Debtor name   **Joseph Episcopo & Sons, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **19-21152**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 8, 2019**              X _____
Signature of individual signing on behalf of debtor

**Joseph Episcopo, III**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Joseph Episcopo & Sons, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **19-21152**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:    Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $     **24,204.30**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $     **24,204.30**

### Part 2:    Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................................. $     **563,859.59**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $     **136,671.73**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$     **3,077,710.24**

4.   Total liabilities ....................................................................................................................
    Lines 2 + 3a + 3b      $     **3,778,241.56**

**Fill in this information to identify the case:**

Debtor name    **Joseph Episcopo & Sons, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **19-21152**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

                                                         Current value of debtor's interest

2.    **Cash on hand**        $0.00

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Investors Bank** | **Checking** | | $0.00 |
| 3.2. | **Investors Bank** | **Money Market Account** | | $57.30 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                           $57.30
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Joseph Episcopo & Sons, Inc.** | Case number *(if known)* **19-21152** |
|---|---|---|
| | Name | |

---

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>**Office furniture and equipment - estimated liquidation value** | $0.00 | Liquidation | $7,500.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>**Used computers, fax machine and phones** | $0.00 | Liquidation | $5,000.00 |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | | | $12,500.00 |
|---|---|---|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Joseph Episcopo & Sons, Inc.**                          Case number *(if known)* **19-21152**
_____Name_____

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  Trucks and vehicles - see attached list | $0.00 | | Unknown |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)** | | | |
| Construction equipment - See attached list | $0.00 | | Unknown |

**51.** **Total of Part 8.**                                              $0.00
Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| www.episcopobuilders.com | Unknown | | Unknown |
| **62.** **Licenses, franchises, and royalties** | | | |

Debtor  **Joseph Episcopo & Sons, Inc.**                          Case number *(If known)*  **19-21152**
        Name

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                           | **$0.00** |
        Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                                       Current value of
                                                                                       debtor's interest

71.    Notes receivable
       Description (include name of obligor)
       **Accounts receivable (uncollectible**       _____0.00_____  −  _____0.00_____  =
       **unless unfinished work is**                Total face amount   doubtful or uncollectible amount
       **completed)**                                                                          **Unknown**

       **Employee Loan**                            ___1,647.00___  −  _____0.00_____  =      **$1,647.00**
                                                    Total face amount   doubtful or uncollectible amount

72.    Tax refunds and unused net operating losses (NOLs)
       Description (for example, federal, state, local)

73.    Interests in insurance policies or annuities

74.    Causes of action against third parties (whether or not a lawsuit
       has been filed)

75.    Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims

76.    Trusts, equitable or future interests in property

77.    Other property of any kind not already listed *Examples:* Season tickets,
       country club membership

       **Miscellaneous tools, ladders, and raw materials**                                **$10,000.00**

Debtor    __Joseph Episcopo & Sons, Inc._____    Case number *(if known)* __19-21152_____
          Name

78.  **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.

     | $11,647.00 |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    **Joseph Episcopo & Sons, Inc.** _____    Case number *(If known)* **19-21152** _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $57.30 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $11,647.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $24,204.30 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $24,204.30 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

# Joseph Episcopo & Sons, Inc.

## Vehicle & Equipment List

| VEHICLE INFO | | | | |
|---|---|---|---|---|
| **Make/Model** | **PLATE** | **VIN** | **Value** | **ENGINE SIZE** |
| Chevy Silverado 2013 | E54HEU | 3GCPKTE7XDG239153 | Loan open | 5.30 - V8 |
| Chevy Colorado PU 2008 | XFFH27 | 1GCDT299588211732 | 3,700 | 2.9 – 5 cyl |
| Nissan xterra 2013 | XW719F | 5N1ANONW1DN826301 | 13,500 | Gas |
| Chevy Box Van 2008 | XAWY69 | 1GBHG3CX81105387 | 10,000 | Gas |
| Chevy Box Van 2015 | XDEJ73 | 1GB0G2CG2CG3F1258634 | Loan open | Gas |
| Chevy Box Van Large 2006 | XH657D | 1GBJG31U661159664 | 8,500 | 6.0ltr V8 |
| Chevy 3500 Pick Up 2015 | XCTS73 | 1GBHG31U941140229 | Loan open | V8 |
| Komatzu PC 50 | | PC50MR-2 3/N 7811 | 10,300 | |
| Caterpillar Backhoe 420IT | | CAT0420DCDC1BLN11182 | 19,500 | |
| Ford F750 Dump Truck 2002 | XBKA63 | 3FDXF75R22KA02390 | 15,000 | Diesel |
| Kenworth Dump Truck 2015 | | 2NKHHM5HXFM468135 | Loan open | Diesel |
| Mack Roll Off 1998  RD688S-600P | XAF138 | 1M2P267C9WM037427 | 18,500 | Diesel |

| TRAILERS | | | | |
|---|---|---|---|---|
| **TYPE** | **COLOR** | **YEAR** | | **PLATE** |
| UTI | BLD | 2008 CAM Superliner | 4,000 | TFP54P |
| | | 5JPBU23208P021204 | | |
| DUMP | GY | 2000 BRI | 1,800 | TJT70R |
| | | 43YDC1426YC00783 | | |
| DT6 | GRAY | 2004 BRI | 1,800 | TJT66R |
| | | 43YDC142241C009145 | | |
| TRL | BLK | 2002 BRI | 1,800 | TJT69R |
| | | 43YDC14241C015786 | | |
| TRL | BLK | 2004 BRI | 1,800 | TJT68R |
| | | 43YDC14264C023780 | | |
| TRL | BLK | 2004 BRI | 1,800 | TJT67R |
| | | | | |
| | | | | |
| Ford Transit Connect 2015 | XDBZ33 | NM0LS7E71F1215640 | Loan open | 4 cyl |
| | | | | |

| | | | | |
|---|---|---|---|---|
| **17 Containers for roll off** | | | 44,000 total | |
| **10 ton equipment trailer** | | | 4,000 | |

**Fill in this information to identify the case:**

Debtor name    **Joseph Episcopo & Sons, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **19-21152**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1** **Byline Financial Group**<br>Creditor's Name<br><br>**2801 Lakeside Drive, Suite 212**<br>**Bannockburn, IL 60015**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Phone Equipment** | **$8,737.39** | **$0.00** |
| | Describe the lien<br>**Phone Equipment Financing Agreement**<br>Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| Date debt was incurred | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Ally Finance**<br>Creditor's Name<br><br>**Box 380902**<br>**Minneapolis, MN 55438**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2013 Chevy Silverardo** | **$14,673.25** | **$0.00** |
| | Describe the lien<br>**Automobile Finance**<br>Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| Date debt was incurred | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number<br>**7004** | | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Joseph Episcopo & Sons, Inc.**                                    Case number (if known)    **19-21152**
         <u>Name</u>

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.3 | **Ally Finance** | Describe debtor's property that is subject to a lien | $6,103.13 | $0.00 |

Creditor's Name

**2015 Ford Transit**

**Box 380902**
**Minneapolis, MN 55438**

Creditor's mailing address

Describe the lien
**Automobile Finance**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**9968**

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.4 | **Chase Auto Finance** | Describe debtor's property that is subject to a lien | $10,055.75 | $0.00 |

Creditor's Name

**2015 Chevy Silverado**

**Box 78068**
**Phoenix, AZ 85062**

Creditor's mailing address

Describe the lien
**Automobile Finance**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**0202**

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.5 | **Citizens One Auto Finance** | Describe debtor's property that is subject to a lien | $11,925.65 | $0.00 |

Creditor's Name

**2015 Chevy Express 3500**

**P.O. Box 42113**
**Providence, RI 02940**

Creditor's mailing address

Describe the lien
**Automobile Finance**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

---

Debtor    **Joseph Episcopo & Sons, Inc.**                    Case number (if know)    **19-21152**
_____Name_____

---

**Date debt was incurred**

**Last 4 digits of account number**
___0710___

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Document Solutions, LLC** | Describe debtor's property that is subject to a lien | $11,192.40 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 911608
Denver, CO 80291**
Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
___7879___

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Copier Lease**

Describe the lien
**Copier Lease**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Investors Bank** | Describe debtor's property that is subject to a lien | $500,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Alan R. Ostrowitz, Esq.
Ostrowitz & Ostrowitz,
Esqs.
225 Gordons Corner Road,
#1J
Manalapan, NJ 07726**
Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**May 7, 2014**

**Last 4 digits of account number**
___5371___

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Blanket UCC Lien on substantially all of the Debtor's assets**

Describe the lien
**Line of Credit/UCC-1 Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| Debtor | Joseph Episcopo & Sons, Inc. | Case number (if known) | 19-21152 |
|---|---|---|---|
| | Name | | |

| 2.8 | Investors Bank | Describe debtor's property that is subject to a lien | $1,172.02 | $0.00 |
|---|---|---|---|---|

Creditor's Name

c/o Alan R. Ostrowitz, Esq.
Ostrowitz & Ostrowitz,
Esqs.
225 Gordons Corner Road
Manalapan, NJ 07726
Creditor's mailing address

**2015 Kenworth T170 Chassis**

**Describe the lien**
**Commercial Security Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**December 30, 2014**
Last 4 digits of account number
**7541**

Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$563,859.59**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Ally Finance<br>P.O. Box 9001948<br>Louisville, KY 40290 | Line 2.2 | |
| Ally Finance<br>P.O. Box 9001948<br>Louisville, KY 40290 | Line 2.3 | |
| Chase Auto Finance<br>P.O. Box 78068<br>Phoenix, AZ 85062 | Line 2.4 | |
| Investors Bank - Line of Credit<br>249 Millburn Ave<br>Millburn, NJ 07041 | Line 2.8 | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Joseph Episcopo & Sons, Inc.__

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) __19-21152__

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Deivid J. Jimenez**<br>**58 Salmen Road**<br>**New Providence, NJ 07974** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,500.00 | $2,500.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**2970 Market Street**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | $496.65 | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| Debtor | Joseph Episcopo & Sons, Inc. | Case number (if known) | **19-21152** |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address

**James E. Stagaard**
**265 West High Street**
**Bound Brook, NJ 08805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,080.00    $10,080.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address

**Joseph Episcopo IV**
**9 Hollister Road**
**Towaco, NJ 07082**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$13,903.80    $13,903.80

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address

**Kevin Todd**
**19 Tree Top Road**
**Middlesex, NJ 08846**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,000.00    $3,000.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address

**Konor J. Episcopo**
**16 Ferguson Road**
**Warren, NJ 07059**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,600.00    $5,600.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Joseph Episcopo & Sons, Inc. | | Case number (if known) | 19-21152 |
|---|---|---|---|---|
| | Name | | | |

---

**2.7** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,550.00 | $8,550.00

Lindsay Gonnello
11 Evelyn Road
Roseland, NJ 07068

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,447.85 | $10,447.85

Peter Ellam
18 West Jack Street
Hazlet, NJ 07730

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,520.00 | $2,520.00

Rainer G. Guidon
3 Tina Lane
Warren, NJ 07059

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,962.00 | $14,962.00

Robert Whitefield
33 Stewart Place
Fanwood, NJ 07023

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Joseph Episcopo & Sons, Inc.** | | Case number (if known) | **19-21152** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,000.00 | $12,000.00 |
|---|---|---|---|---|

**Stanley Niedzwiecki**
**9 Deer Path**
**Dunellen, NJ 08812**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,126.17 | $1,126.17 |
|---|---|---|---|---|

**State NJ Dept. Environmental**
**Protection**
**NJ Dept. of Treasury-Division of**
**Revenue**
**P.O. Box 417**
**Trenton, NJ 08646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Program ID No. 251818**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**State of New Jersey**
**Division of Wage and Hour**
**Compliance**
**P.O. Box 389**
**Trenton, NJ 08625-0389**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Case No. GE-907-0519-AWA**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,306.46 | Unknown |
|---|---|---|---|---|

**State of New Jersey - Sales & Use**
**Tax**
**PO Box 999**
**Trenton, NJ 08646**

*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**First Quarter 2019**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
☐ No
■ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Joseph Episcopo & Sons, Inc. | Case number (if known) | 19-21152 |
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,178.80 | Unknown |
| | **State of New Jersey -Department of Labor and Workforce Development Division of Employer Accounts PO Box 946 Trenton, NJ 08625** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Business Payroll Accounts** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| | **State of New Jersey Attorney General R.J. Hughes Justice Complex 25 Market Street P.O. Box 112 Trenton, NJ 08625** | *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ No<br>☑ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| | **State of New Jersey Division of Taxation Division of Taxation - Bankruptcy Unit 50 Barrack Street, CN-245 Trenton, NJ 08646** | *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ No<br>☑ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,300.00 |
| | **A to Z Mechanical, Inc. 309 Union Ave Wood Ridge, NJ 07075** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Goods and services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Joseph Episcopo & Sons, Inc.** | Case number (if known) | **19-21152** |
|---|---|---|---|
| | Name | | |

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,325.00 |
|---|---|---|---|

**A&M Roofing Company, Inc.**
13 John Drive
Annandale, NJ 08801

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**A&S Painting LLC**
24 Fairview Ave, Apt 2
North Plainfield, NJ 07060

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,005.00 |
|---|---|---|---|

**A1 Carlos Contracting &Handyman Services**
10 Abbett Ave
Morristown, NJ 07960

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADP, LLC**
**ADP Tax Center**
400 West Covina Blvd.
San Dimas, CA 91773

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AGS Enterprises**
P.O. Box 83
New Hampton, NY 10958

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,581.03 |
|---|---|---|---|

**Air Exchange & Energy Solutions, Inc.**
169 Oakdene Ave
Leonia, NJ 07605

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $815.00 |
|---|---|---|---|

**All Country Sewer & Drain Service, Inc.**
10 Bonnell St
Chatham, NJ 07928

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Joseph Episcopo & Sons, Inc.** | Case number (if known) | **19-21152** |
|---|---|---|---|
| | Name | | |

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $693.06 |
|---|---|---|---|

**All Media Consultants LLC**
**75 Mountainview Rd**
**Millburn, NJ 07041**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,200.00 |
|---|---|---|---|

**Allied Brothers Home Corp**
**41-43 La France Avenue**
**Bloomfield, NJ 07003**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,975.00 |
|---|---|---|---|

**Alvaro Stairs LLC**
**4201 Tonnelle Avenue North**
**North Bergen, NJ 07047**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,310.80 |
|---|---|---|---|

**American Express**
**American Express Special Research**
**Po Box 981540**
**El Paso, TX 79998**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Glassworks corporate card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,323.94 |
|---|---|---|---|

**Andrew E. Hall & Sons, Inc.**
**42 Bartley Road**
**Chester, NJ 07930**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $354,000.00 |
|---|---|---|---|

**Anne Marie Episcopo**
**100 Glenside Ave.**
**Summit, NJ 07901**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $995.73 |
|---|---|---|---|

**Argent Contracting Co., Inc.**
**16 Watchung Avenue**
**Chatham, NJ 07928**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Joseph Episcopo & Sons, Inc.** | Case number (if known) | **19-21152** |
| | Name | | |

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,369.23**

**Arzee**
**Beacon Roofing Supply Company**
**P.O. Box 415439**
**Boston, MA 02241-5439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,377.65**

**Associated Building Maintenance, Inc.**
**41 Dolson Avenue**
**Suite 3**
**Middletown, NY 10940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$379.59**

**Atlas Ladder Company, Inc.**
**239 Watchung Avenue**
**P.O. Box 380**
**West Orange, NJ 07050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$79.79**

**Atlas Marble & Granite, LLC**
**44 Fadem Road**
**Springfield, NJ**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,685.40**

**B-Z Plumbing LLC**
**240 Church Lane**
**North Brunswick, NJ 08902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**B. Garretson Roofing, Inc.**
**c/o Mills and Mills**
**1 Western Avenue**
**Morristown, NJ 07960**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,611.43**

**Ballan Improvement Group LLC**
**112 Beech Street**
**Cranford, NJ 07016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Joseph Episcopo & Sons, Inc. | Case number (if known) | 19-21152 |
|---|---|---|---|
| | Name | | |

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$261.30**

**Banner Life**
P.O. Box 740526
Atlanta, GA 30374-0526

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Insurance

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,020.00**

**Baran Electric**
75 Mase Road
Lake Hopatcong, NJ 07849

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Goods and services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$651.00**

**Benham's Service & Garage**
414 Springfield Avenue
Berkeley Heights, NJ 07922

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Goods and services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,824.60**

**Berkeley Heating & Air Conditioning**
360 Valley Road
Gillette, NJ 07933

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Goods and services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Black Sheep Fiberglass Services, LLC**
112 Ridgedale Avenue
Madison, NJ 07940

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Goods and services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,523.73**

**BOB'S Mobile Auto Repairs**
325 Emerson Lane
Berkeley Heights, NJ 07922

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Goods and services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,293.71**

**Brookside Friendly Service**
35 Summit Avenue
Summit, NJ 07901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Goods and services

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Joseph Episcopo & Sons, Inc.**                                    Case number (if known) __19-21152__
          Name

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $513.98 |
|---|---|---|---|

**Byline Financial Group**
2801 Lakeside Drive, Ste 212
Bannockburn, IL 60015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __6339__

Basis for the claim:  **Phone Equipment Lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Byline Financial Group**
2801 Lakeside Drive
Suite 212
Babbonockburn
Deerfield, IL 60015-1849

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Telephone Equipment Lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,850.00 |
|---|---|---|---|

**C&E Trim Carpentry LLC**
445 Girard Avenue
Somerset, NJ 08873

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,122.49 |
|---|---|---|---|

**Chase**
P.O. Box 15298
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Glassworks Chase Visa card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,234.04 |
|---|---|---|---|

**Chase**
P.O. Box 15298
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **United credit card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,002.54 |
|---|---|---|---|

**Chase**
**Card Member Services**
P.O. Box 1423
Charlotte, NC 28201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __6369__

Basis for the claim:  **Business credit card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,784.15 |
|---|---|---|---|

**Chatham  Stone & Earth Products Inc.**
P.O. Box 719
Chatham, NJ 07928

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Joseph Episcopo & Sons, Inc.** | Case number (if known) | **19-21152** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,268.74 |
| | **Chatham Exxon** | ☐ Contingent | |
| | **183 Main Street** | ☐ Unliquidated | |
| | **Chatham, NJ 07928** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Goods and services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,264.00 |
| | **Chatham Moving and Storage, Inc.** | ☐ Contingent | |
| | **223 N. Passaic Avenue** | ☐ Unliquidated | |
| | **Chatham, NJ 07928** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Goods and services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Christina Ferguson** | ☐ Contingent | |
| | **38 Wetmore Avenue, Unit 2** | ☐ Unliquidated | |
| | **Morristown, NJ 07960** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,018.65 |
| | **CNA Insurance** | ☐ Contingent | |
| | **P.O. Box 790094** | ☐ Unliquidated | |
| | **Saint Louis, MO 63179-0094** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Insurance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **CNA Insurance** | ☐ Contingent | |
| | **P.O. Box 790094** | ☐ Unliquidated | |
| | **Saint Louis, MO 63179-0094** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,050.00 |
| | **Coastal Insulation & Installed Products** | ☐ Contingent | |
| | **100 Lake Drive East** | ☐ Unliquidated | |
| | **Hightstown, NJ 08520** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Goods and services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Complete Payment Recovery Services** | ☐ Contingent | |
| | **3500 5th Street** | ☐ Unliquidated | |
| | **Northport, AL 35476** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Joseph Episcopo & Sons, Inc.**                                    Case number (if known)    **19-21152**
_____Name_____

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |
|---|---|---|---|

**Creative Countertops 2, LLC**
**715 Fairfield Avenue**
**Kenilworth, NJ 07033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220.71 |
|---|---|---|---|

**Custom Truck & Trailer, Inc.**
**P.O. Box 487**
**Florham Park, NJ 07932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94,010.00 |
|---|---|---|---|

**D&A Demo LLC**
**2156 Camplain Road**
**Hillsborough, NJ 08844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,150.00 |
|---|---|---|---|

**D.A. Chiera and Sons, Inc.**
**32 Ashwood Drive**
**Summit, NJ 07901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82.50 |
|---|---|---|---|

**David Taylor Design, LLC**
**156 Carteret Street**
**Glen Ridge, NJ 07028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102,500.00 |
|---|---|---|---|

**Dean Episcopo**
**P.O. Box 4582**
**Warren, NJ 07059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shareholder loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,197.53 |
|---|---|---|---|

**Dennis R. Mellon**
**80 Diamond Hill Road**
**Berkeley Heights, NJ 07922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Joseph Episcopo & Sons, Inc.** | Case number (if known) | **19-21152** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$926.60** |
| | **Document Solutions, LLC**<br>P.O. Box 911608<br>Denver, CO 80291-1608 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Goods and services | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,732.00** |
| | **Door Works, Inc.**<br>10 Bushes Lane<br>Elmwood Park, NJ 07407 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Goods and services | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$171,903.05** |
| | **Dreyers Lumber**<br>20 Watchung Avenue<br>Chatham, NJ 07928 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Goods and services | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,877.50** |
| | **DSGK Drywall, LLC**<br>280 Madison Hill Road<br>Clark, NJ 07066 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Goods and services | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,480.00** |
| | **Eastern Fiberglass Co., LLC**<br>5005 Belmar Blvd.<br>Suite A2<br>Wall, NJ 07727 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Goods and services | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,411.03** |
| | **Empire Supplies**<br>1232 North Avenue<br>Plainfield, NJ 07062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Goods and services | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,153.55** |
| | **Evergreen Recycling Solutions**<br>110 Evergreen Avenue<br>Newark, NJ 07114 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Goods and services | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **Joseph Episcopo & Sons, Inc.**                                      Case number (if known)    **19-21152**
_____Name_____

| | |
|---|---|
| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,824.69 |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,824.69** |
|---|---|---|---|
| | **Fanwood Crushed Stone Co., Inc.**<br>**473 Wheeler Road**<br>**North Brunswick, NJ 08902** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Goods and services | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.59 | **Fras-Air/General**<br>**178-C Route 206**<br>**Hillsborough, NJ 08844** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.60 | **G&S Home Remodeling, LLC**<br>**230 Thomas Street**<br>**Floor 1**<br>**Newark, NJ 07114** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$45,515.00** |
| | Date(s) debt was incurred __ | Basis for the claim:  Goods and services | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.61 | **G.A. Solano Construction LLC**<br>**22 Hughes Place**<br>**Apt. 2**<br>**Summit, NJ 07901** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,600.51** |
| | Date(s) debt was incurred __ | Basis for the claim:  Goods and services | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.62 | **Garcias Contructions and Design, Inc.**<br>**917 West Meadow Drive**<br>**Bound Brook, NJ 08805** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,150.00** |
| | Date(s) debt was incurred __ | Basis for the claim:  Goods and services | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.63 | **Gerard's Disposal LLC**<br>**P.O. Box 515**<br>**Berkeley Heights, NJ 07922** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$591.40** |
| | Date(s) debt was incurred __ | Basis for the claim:  Goods and services | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.64 | **German's General Contracting LLC**<br>**10 Abbett Avenue**<br>**Morristown, NJ 07960** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$19,750.00** |
| | Date(s) debt was incurred __ | Basis for the claim:  Goods and services | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Joseph Episcopo & Sons, Inc.** | Case number (if known) | **19-21152** |
|---|---|---|---|
| | Name | | |

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Gina Episcopo**
**100 Glenside Avenue**
**Summit, NJ 07901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$777.54**

**Gino's Tire and Maintenance**
**1616 South Second Street**
**Plainfield, NJ 07060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,042.82**

**Good Guys Electric**
**5 Watson Avenue**
**West Orange, NJ 07052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,065.00**

**Great Lakes Tile & Stone**
**3 Douglas Street**
**Apartment 3**
**New Providence, NJ 07974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$900.00**

**Greco Roman Tile**
**615 Central Avenue**
**Westfield, NJ 07090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Green Rock Recycling**
**78 State Route 173, Suite 1**
**Hampton, NJ 08827-4020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Greenbrook Stairs, Inc.**
**P.O. Box 126**
**Bernardsville, NJ 07924**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Joseph Episcopo & Sons, Inc.** | Case number (if known) | **19-21152** |
|---|---|---|---|
| | Name | | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,449.11** |
|---|---|---|---|

**Hall's Florist Home & Garden Center**
700 Springfield Avenue
Berkeley Heights, NJ 07922-1602

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,562.41** |
|---|---|---|---|

**Hanover Supply Co.**
38 River Road
Chatham, NJ 07928

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,508.26** |
|---|---|---|---|

**Harmony Heating Corp.**
129 Hibernia Avenue
Rockaway, NJ 07866-2633

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$190.72** |
|---|---|---|---|

**Heavenly Springs**
P.O. Box 452
Roselle Park, NJ 07204

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52,720.50** |
|---|---|---|---|

**High Quality Electric LLC**
52 East Grand Street
Hampton, NJ 08827

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,831.70** |
|---|---|---|---|

**Home Depot Credit Services Department**
PO Box 183175
Columbus, OH 43218

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
|---|---|---|---|

**Investor's Bank**
249 Millburn Avenue
Millburn, NJ 07041

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Joseph Episcopo & Sons, Inc.** | Case number *(if known)* | **19-21152** |
| | Name | | |

| | | | |
|---|---|---|---|
| **3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,200.00** |
| | **Ivano Painters LLC** | ☐ Contingent | |
| | **34 Elm Street** | ☐ Unliquidated | |
| | **Totowa, NJ 07502** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Goods and services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,794.51** |
| | **J.A. Loebs & Sons, Inc.** | ☐ Contingent | |
| | **11 Strawberry Lane** | ☐ Unliquidated | |
| | **Hillsborough, NJ 08844** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Goods and services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$74,592.00** |
| | **J.R. Landscaping** | ☐ Contingent | |
| | **P.O. Box 245** | ☐ Unliquidated | |
| | **Berkeley Heights, NJ 07922** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Goods and services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,482.06** |
| | **Jaeger Lumber** | ☐ Contingent | |
| | **P.O. Box 126** | ☐ Unliquidated | |
| | **Union, NJ 07083-0126** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Goods and services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Jeffrey Ullman, Esq.** | | |
| | **Ullman, Furhman & Platt** | ☐ Contingent | |
| | **89 Headquarters Plaza** | ☐ Unliquidated | |
| | **North Tower, 12th Floor** | ☐ Disputed | |
| | **Morristown, NJ 07960** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,480.42** |
| | **Johnny On The Spot, LLC** | ☐ Contingent | |
| | **3168 Bordentown Avenue** | ☐ Unliquidated | |
| | **Old Bridge, NJ 08857** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Goods and services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,296.80** |
| | **Jonass Air Duct Cleaning Corp.** | ☐ Contingent | |
| | **250 McWhorter Street** | ☐ Unliquidated | |
| | **Newark, NJ 07105** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Goods and services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Joseph Episcopo & Sons, Inc.** | Case number (if known) | **19-21152** |
|---|---|---|---|
| | Name | | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,018,072.57 |

**Joseph Episcopo, III**
100 Glenside Ave.
Summit, NJ 07901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stockholder loan**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.10 |

**JW Pierson Co.**
P.O. Box 1101
Glen Ridge, NJ 07028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |

**Kaue Siding LLC**
83 Allen Street
Elizabeth, NJ 07202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.72 |

**Lanopt LLC**
15 Ridgedale Avenue
Summit, NJ 07901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,982.84 |

**Last Stop Welding LLC**
P.O. Box 1
Lake Hiawatha, NJ 07034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ling Lam**
15 Windmere Terrace
Short Hills, NJ 07078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,120.83 |

**LJ Ross**
P.O. Box 6099
Jackson, MI 49204-6099

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Joseph Episcopo & Sons, Inc.** | Case number (if known) | **19-21152** |
|---|---|---|---|
| | Name | | |

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 |
|---|---|---|---|

**Long Valley Exteriors LLC**
110 Jabez Street
Suite 281
Newark, NJ 07105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Goods and services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,405.00 |
|---|---|---|---|

**M & A Brothers Corp.**
317 Plainfield Avenue
Berkeley Heights, NJ 07922

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Goods and services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,690.78 |
|---|---|---|---|

**M Davis Electric LLC**
12 Alpine Court
Lafayette, NJ 07848

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Goods and services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,268.00 |
|---|---|---|---|

**Marchionda & Ferrer, P.A.**
950 Clifton Avenue
Clifton, NJ 07013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Goods and services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $171.33 |
|---|---|---|---|

**Marquez Printing Services, LLC**
3 Arthur Road
Stanhope, NJ 07874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Goods and services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,900.00 |
|---|---|---|---|

**Marroquin Drywall**
772 Vaughn Avenue
Toms River, NJ 08753

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Goods and services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,450.00 |
|---|---|---|---|

**Mass Mutual Financial Group**
Box 371368
Pittsburgh, PA 15250-7368

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Goods and services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Joseph Episcopo & Sons, Inc.** | | Case number *(if known)* | **19-21152** |
|---|---|---|---|---|
| | Name | | | |

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,645.00** |
|---|---|---|---|

**Mattonella e Marmo, LLC**
35 Seminary Avenue
Apt. 1
Chester, NJ 07930

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Meranus**
c/o Clark Guldin
20 Church Street  - Suite 15
Montclair, NJ 07042

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Morris County MUA**
214A Center Grove Road
Dalrymple House
Randolph, NJ 07869

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Morristown Lumber & Supply Co., Inc.**
103 Ridgedale Avenue
P.O. Box 1115
Morristown, NJ 07962

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,307.00** |
|---|---|---|---|

**Myles F. Kelly, Inc.**
43-57 Harrison Avenue
Harrison
Harrison, NJ 07029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Napa Auto Parts**
26 Watchung Avenue
Chatham, NJ 07928

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NJ EZ Pass Violation Processing Bureau**
PO Box 52005
Newark, NJ 07101-8205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Joseph Episcopo & Sons, Inc.** | Case number (if known) | **19-21152** |
|---|---|---|---|
| | Name | | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $758.50 |
|---|---|---|---|

**Ocean View Mason & Supply**
103 Hickory Street
Carteret, NJ 07008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,130.00 |
|---|---|---|---|

**Paese Construction LLC**
266 Laurel Avenue
Kearny, NJ 07032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,900.00 |
|---|---|---|---|

**Pathway Retirement Resources, LLC**
115 Franklin Turnpike, #236
Mahwah, NJ 07430

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,441.28 |
|---|---|---|---|

**Perfection Contracting, LLC**
1 Camre Drive
Newton, NJ 07860

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Peter A. Drobach & Co., Inc.**
2240 Route 22 East
Union, NJ 07083

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Peter W. Traub Roofing & Carpentry, LLC**
83 Industrial Road
Berkeley Heights, NJ 07922

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202.82 |
|---|---|---|---|

**Phoenix Financial Services, Inc.**
P.O. Box 361450
Indianapolis, IN 46236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Joseph Episcopo & Sons, Inc. | Case number (if known) | 19-21152 |
|---|---|---|---|
| | Name | | |

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,175.27 |
|---|---|---|---|

**Pioneer Rentals, Inc.**
Box 434- North Passaic Avenue
Chatham, NJ 07928

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Goods and services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,049.47 |
|---|---|---|---|

**Prendeville Industries, Inc.**
40 River Road
Chatham, NJ 07928-1916

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Goods and services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,668.88 |
|---|---|---|---|

**Raider Electric, LLC**
4 Spring Run Lane
Stewartsville, NJ 08886

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Goods and services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.00 |
|---|---|---|---|

**Ramon's Painting LLC**
77 Napoleon Street
Newark, NJ 07105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Goods and services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $421.05 |
|---|---|---|---|

**Red Star Painting and Decorating**
420 Bloomfield Avenue
Montclair, NJ 07042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Goods and services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Retrieval-Masters Credit Bureau, Inc.**
4 Westchester Plaza
Elmsford, NY 10523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.77 |
|---|---|---|---|

**Ricciardi Brothers, Inc.**
1915 Springfield Avenue
Maplewood, NJ 07040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Goods and services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Joseph Episcopo & Sons, Inc.**                     Case number (if known)   **19-21152**
         Name

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,700.00 |

**Riva Concrete, Inc.**
315 Mount Pleasant Avenue
Newark, NJ 07104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,468.00 |

**RMR Elevator Company, Inc.**
1401 Roselle Street
Linden, NJ 07036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82.81 |

**Rogers Plumbing, Heating and Cooling,LLC**
22 Mountain Way
West Orange, NJ 07052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,444.69 |

**Roldan Construction, Inc.**
21 West Hanover Avenue
Morris Plains, NJ 07950

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,100.00 |

**Role Models of Construction LLC**
P.O. Box 107
Kearny, NJ 07032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $475.00 |

**Roman Plumbing and Heating**
3 Wildwood Drive
Basking Ridge, NJ 07920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,875.00 |

**Romel Calle Construction, LLC**
141 Baldwin Place
Bloomfield, NJ 07003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    **Joseph Episcopo & Sons, Inc.**                    Case number (if known)    **19-21152**
_____
Name

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,760.00 |

**Roy M. Gutierrez**
**15 Laurel Drive**
**New Providence, NJ 07974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,984.97 |

**Samie Carpentry LLC**
**519 Mountain Avenue**
**Springfield, NJ 07081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,524.00 |

**SaxBST LLP**
**855 Valley Road**
**Clifton, NJ 07013-2483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,729.49 |

**Scheppe Landscape**
**P.O. Box 594**
**New Providence, NJ 07974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Selective Insurance Company of America**
**P.O. Box 371468**
**Pittsburgh, PA 15250-7468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |

**Sequoia Construction**
**19 Princeton Street**
**Summit, NJ 07901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Service Experts NJ Plumbing, LLC**
**187 Route 206**
**Suite E**
**Hillsborough, NJ 08844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Joseph Episcopo & Sons, Inc.** | Case number (if known) | **19-21152** |
|---|---|---|---|
| | Name | | |

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,900.00** |
|---|---|---|---|

**SGR Construction LLC**
149 Elm Street
Kearny, NJ 07032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Goods and services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Sinche & Sons Home Improvements, LLC**
275 Ralph Street
Belleville, NJ 07109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Goods and services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,444.98** |
|---|---|---|---|

**Spallone Electrical Contractors, Inc.**
1 Milton Avenue
Summit, NJ 07901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Goods and services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$430.22** |
|---|---|---|---|

**Standard Tile East Hanover Corp.**
320 Route 10
East Hanover, NJ 07936

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Goods and services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,200.00** |
|---|---|---|---|

**Star Trimming LLC**
110 Jabez Street
Newark, NJ 07105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Goods and services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steven Meranus and Leah Meranus**
C/o Clark Guldin
20 Church Street, Ste 15
Montclair, NJ 07042

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Docket No. ESX-L-681-19

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,522.23** |
|---|---|---|---|

**Stone Center of Bridgewater**
P.O. Box 79455
Baltimore, MD 21279-0455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Goods and services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Joseph Episcopo & Sons, Inc.** | | Case number (if known) | **19-21152** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $703.14 |
| --- | --- | --- | --- |

**Summit Electrical Supply Co.**
520 Morris Avenue
Summit, NJ 07901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,476.99 |
| --- | --- | --- | --- |

**Summit Industrial Hardware, Inc.**
107 Park Street
Summit, NJ 07901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Susan and Michael Gerson**
c/o Richard T. Welch, Esq.
Starr, Gern, Davison & Rubin
105 Eisenhower Parkway, Suite 401
Roseland, NJ 07068-1640

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84.04 |
| --- | --- | --- | --- |

**Taylor Rental**
284 Springfield Avenue
Berkeley Heights, NJ 07922

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,015.00 |
| --- | --- | --- | --- |

**The Collection**
71 Summit Avenue
Box 824
Summit, NJ 07902-0824

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,862.50 |
| --- | --- | --- | --- |

**The Fireplace Place**
331 Springfield Avenue
Summit, NJ 07901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $909.70 |
| --- | --- | --- | --- |

**The Kitchen Classics**
2268 Springfield Avenue
Vauxhall, NJ 07088

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Joseph Episcopo & Sons, Inc.**
_____
Name

Case number (if known)    **19-21152**

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $845.18 |

**The Sherwin Williams Co.**
**20 Passaic Avenue**
**Fairfield, NJ 07004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |

**Tolls By Mail**
**P.O. Box 15183**
**Albany, NY 12212-5183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Toth Electric**
**1008 Springfield Avenue**
**Mountainside, NJ 07092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117.00 |

**Transworld Systems, Inc.**
**P.O. Box 15110**
**Wilmington, DE 19850-5110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**TRS Recovery Services, Inc.**
**P.O. Box 60022**
**City of Industry, CA 91716-0022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Home Depot**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |

**Twin Pine Realty Corp.**
**91 Lone Pine Drive**
**Berkeley Heights, NJ 07922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,650.00 |

**Ultimate Aire Systems, Inc.**
**1160 Hamburg Turnpike**
**Suite 4**
**Wayne, NJ 07470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Goods and services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Joseph Episcopo & Sons, Inc.** | Case number (if known) | **19-21152** |
|---|---|---|---|
| | Name | | |

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $730.32 |

**Verizon - Bankruptcy Admin**
PO Box 3037
Bloomington, IL 61702-3037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Goods and services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,750.00 |

**Verrico & Palmer Bro LLC**
1822 East Second Street
Scotch Plains, NJ 07076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Goods and services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,550.00 |

**Vigilante Electric Ctr LLC**
P.O. Box 412
Springfield, NJ 07081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Goods and services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,053.05 |

**Viking Wood Floors, Inc.**
16 Merry Lane
East Hanover, NJ 07936

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Goods and services__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,063.37 |

**Village Hardware**
223 Main Street
Chatham, NJ 07928

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Goods and services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230.01 |

**Waste Management of New Jersey**
Julia Street Station
1520 Lower Road
P.O. Box 877
Linden, NJ 07036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Goods and services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Waste Management of New Jersey, Inc.**
New Jersey Transfer Stations
P.O. Box 13648
Philadelphia, PA 19101-3648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Invoice No. 0112252-1091-0__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Joseph Episcopo & Sons, Inc. | | Case number (if known) | 19-21152 |
|---|---|---|---|---|
| | Name | | | |

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,836.78 |
|---|---|---|---|

**Weldon Asphalt Company**
**C/o Mongello & Scialabba, LLC**
**473 Wheeler Road**
**North Brunswick, NJ 08902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Settlement agreement - Fanwood Crushed Stone, Weldon Asphalt & Weldon Concrete 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Weldon Concrete**
**c/o Mongello & Scialabba, LLC**
**473 Wheeler Road**
**North Brunswick, NJ 08902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,999.06 |
|---|---|---|---|

**Well Done Building Products**
**100 Faltoute Avenue**
**Roselle Park, NJ 07204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Goods and services 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Windy Enterprises, Inc.**
**Attn.: Jeffrey Baron**
**2 Princeton Road**
**Livingston, NJ 07039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  For Notice Purposes Only 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Yannuzzi Recycling**
**135 Kinnelon Road**
**Butler, NJ 07405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  For Notice Purposes Only 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Chase**<br>**P.o. Box 15298**<br>**Wilmington, DE 19850** | Line  3.35 <br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **State of New Jersey -Department of Labor**<br>**and Workforce Development**<br>**Division of Employer Accounts**<br>**P.O. Box 059**<br>**Trenton, NJ 08646** | Line  2.15 <br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Joseph Episcopo & Sons, Inc.** | | Case number (if known)  **19-21152** |
|---|---|---|---|
| | Name | | |

| | | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | Verizon<br>PO Box 4833<br>Trenton, NJ 08650-4833 | Line  3.156 <br>☐  Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 136,671.73 |
| 5b. Total claims from Part 2 | 5b. + $ | 3,077,710.24 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. $ | 3,214,381.97 |