| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Jeffrey A. Lester, Esq. (JAL 7113)<br>BRAVERMAN & LESTER<br>374 Main Street<br>Hackensack, New Jersey  07601<br>(201) 487-5544<br>Attorney for Trustee | Case No.    19-21152 SLM |
| In Re:<br><br>Joseph Episcopo & Sons, Inc.<br><br>            Debtor. | Chapter 7<br><br>Judge:  Hon. Stacey L. Meisel |

TRUSTEE'S REPORT OF SALE

DATE OF SALE:    October 10, 2019

TYPE OF SALE:    Private Sale on Notice to Creditors and Parties in Interest

PROPERTY SOLD:    Office furniture and equipment, tools, vehicles and construction equipment of Debtor as set forth on attached report submitted by appraiser.

PURCHASERS:    Champion Construction and Demolition, Inc.

PRICE:    $217,500.00 adjusted to $216,100.00 based upon changes to condition of property post appraisal.

TRUSTEE'S ESTIMATED COMMISSION:  $13,000.00 and subject to Court approval.

TRUSTEE'S ATTORNEY'S ESTIMATED FEES: $ $30,300 as of 10/15/19 and subject to Court approval.

LIENS PAID FROM SALE:  $124,626.32

ANTICIPATED NET TO ESTATE:  $83,000.00

BANK WHERE NET TO ESTATE IS INVESTED:  Unite Bank

AMOUNT DISBURSED TO DATE/RETAINED BY TRUSTEE: $134,863.32/$81,236.68

Dated: October 23 , 2019

*/s/ Jeffrey A. Lester*
Jeffrey A. Lester, Trustee

Located at: 374 Millburn Ave., Millburn, NJ
OFFICE FURNITURE & EQUIPMENT

| QTY. | DESCRIPTION | FORCED LIQUIDATION VALUE |
|---|---|---|

**Office Area**

1       Contents consisting of:
    3- single pedestal formica desks, 23 ½" x 60"
       w/ side return/bookcase
    1- double pedestal formica desk, 23 ½" x 60"
    1- 2 drawer metal file cabinet
    4- metal upholstered swivel arm chairs w/ mesh back
    1- metal upholstered swivel arm chair
    1- metal upholstered stool w/ mesh back
    1- custom wood layout table, 27" x 85 ½" long
    1- plastic folding table
    1- portable formica top metal stand, 20 ½" x 26 ½"
    1- tower fan

**Office**

1       Contents consisting of:
    1- 5 drawer metal lateral file cabinet
    1- 4 drawer metal lateral file cabinet
    1- Staples 15 sheet paper shredder
    1- custom 2 station irregular shape wood top work area
       w/ 2- 3 drawer pedestals
           1- 2 drawer metal lateral file cabinet
    2- assorted metal upholstered swivel arm chairs

1       Group of computer equipment consisting of:
    1- Dell PowerEdge T110 II server
    1- Dell OptiPlex 7010 computer, Core i5
       w/ Dell LCD monitor
    1- Dell XPS8700 computer, Core i5
       w/ 1- LG L1720P LCD monitor
           1- Dell LCD monitor
    1- Dell Inspiron 580 computer, Core i3
       w/ Acer LCD monitor

Cont…

1- Acer Aspire ATC-605-UB11 computer, Core i5 (not connected)
   w/ Samsung LCD monitor
1- Dell Vostro 470 computer, Core i5 w/ Dell LCD monitor
1- H.P. OfficeJet Pro 8600 All-In-One
1- Canon Image Formula CR-50 check scanner
1- Microsoft tablet
1- Verizon tablet
1- Netgear AC1750 WiFi router
1- D-Link DGS-1210-48 switch
1- Brother IntelliFax 2840 facsimile machine

**Store Room**
1    Contents consisting of:
    1- 4 drawer metal file cabinet
    2- folding chairs
    1- Kenmore canister vacuum
    1- Kenmore single door office refrigerator
    1- Black & Decker toaster oven
    1- Kenmore microwave oven
    1- Keurig coffee maker
    1- Staples 26530 laminator
    1- double pedestal formica desk (poor condition)

# OFFICE FURNITURE, MACHINERY, EQUIPMENT, VEHICLES & TRAILERS

| QTY. | DESCRIPTION | FORCED LIQUIDATION VALUE |
|---|---|---|
| | **Home Office** | |
| 1 | Contents consisting of: | |
| | 1- double pedestal formica desk | |
| | 1- single pedestal wood desk | |
| |    w/ glass top | |
| |    w/ side return | |
| | 1- wood conference table w/ glass top, 4'-0 wide x 8'-0 long | |
| | 6- wood upholstered arm hairs (soiled) | |
| | 2- wood upholstered swivel arm chairs (soiled) | |
| | 3- assorted metal upholstered swivel arm chairs | |
| | 1- metal upholstered swivel chair | |
| | 1- double pedestal wood desk | |
| | 1- metal upholstered swivel armchair w/ mesh back | |
| | 1- 2 drawer wood file cabinet | |
| | 1- 2 section formica top work area | |
| |    w/ 3- 3 drawer pedestals | |
| | 2- formica top work areas, each w/ 2- pedestals | |
| | | |
| 1 | Group of computer equipment consisting of: | |
| | 2- Dell OptiPlex 3020 computers, Core i5 w/ Dell LCD monitors | |
| | 1- H.P. Color LaserJet CP4005N printer | |
| | 1- Dell OptiPlex 7010 computer, Core i7 w/ Dell LCD monitor | |
| | 1- H.P. Color LaserJet 3600N printer | |
| | 1- H.P. Color LaserJet CP2025 printer | |
| | 1- H.P. LaserJet Pro 400 Color MFP M475DN All-In-One | |
| | 1- H.P. LaserJet 1018 printer | |
| | 1- Dell Inspiron 620 computer w/ Dell LCD monitor | |
| | 1- H.P. LaserJet Pro 400 Color M451DN printer | |
| | 1- Dell Studio XPS8100 computer w/ Dell LCD monitor | |

Garage

1     Group of assorted hand tools and equipment consisting of:
- 1- 100 gallon LPG tank (filled)
- 1- oxygen/acetylene outfit w/ hose, torch, gauges and cart
- 1- Amana model AP077R room air conditioner, 7000BTU/hr
- 1- LG model LP0817WSR room air conditioner, 8000 BTU/hr
- 1- GE ADEL70LWQ1 dehumidifier
- 2- Target portable tile saws
- 1- portable 2 tier metal cart
- 3- Wobble lights
- 1- Lincoln model 93657 hydraulic floor jack, 4 ton
- 1- Delta model 36-816 tilting arbor table saw,
    s/n 98J57265 w/ adjustable fence
- 1- North Star portable pressure washer
    w/ Honda GX340, 11.0 H.P. gas engine
        (missing hose, unit poor condition)
- 1- Master Kerosene heater, 115,000 BTU
- 1- Ryobi 10" bench drill press
- 1- Roughneck air-operated waste oil drainer
- 1- Triangle model SPL4223 heat buster fan
- 1- Powermate gas powered portable generator, 5000 watt
    (marked out of service)
- 1- transmission jack (old, poor condition)
- 1- Rol-Air portable air compressor w/ Honda GX160
    5.5 H.P. gasoline engine
- 1- MMD/NAC NGK-4300H gas powered generator, 3800 watt
    w/ Honda gasoline engine
- 1- Jet model JWBS-14CS vertical band saw (708705)
    s/n 120113460, 14" throat
- 1- Grizzly model G1140, 6" x 80" edge sander (2006)
- 3- assorted surveyors tri-pods
- 7- assorted wood dollies
- 4- Task Tools quick support rods
- 1- lot of electrical extension cords
- 10- assorted doors and windows (returned from jobs)
- 1- Jet model DC-1200 dust collector (708622), 2.0 H.P.
- 1- MK tile saw
- 1- Ridgid tile saw
- 1- Bench top vertical band saw
- 1- shop vacuum
- 2- Kreg kits
- 1- Grip 16 pc. Hole saw kit
- 1- Husky (793334) model H4830GSG paint gun kit
- 5- cases containing assorted router bits
- 1- Bostitch model N66C siding nailer w/ case
- 1- Senco A250FN finish nailer

Cont…

1- Porter Cable NS100A, ¼" narrow crown stapler w/ case
1- Bostitch Mini Palm impact nailer w/ case
1- Makita 3901 joiner w/ case
1- Porter Cable 126 heavy duty Porta-Plane w/ case
1- Porter Cable 7301 HD power unit w/ case
1- Porter Cable 444VS profile sander
1- DeWalt DW433 3" x 21" VS belt sander w/ case
1- Arrow ET200 electric brad nail gun
1- Central Pneumatic 90399 floor stapler
1- Bostitch M III floor stapler
1- Flex LW1503 wet polisher w/ case
1- Skil 77, 7 ¼" worm drive saw
1- Bosch 1590EVS jigsaw w/ case
1- Bosch 1278VS belt sander w/ case
1- RotoZip spiral saw SCS01 w/ case
1- Makita GV5000, 5" disc sander
1- Wagner heat gun
1- Porter Cable 557 plate joiner
1- Ryobi AG402, 4 ½" angle grinder
1- DeWalt DW254 VSR deck screwdriver
1- Bosch 1506, 14 gauge Unishear
1- DeWalt DW411 palm grip sander
1- Makita 9218PB, 7" sanding disc
1- Kett K-200 power shear, 18 gauge
1- Porter Cable 6902 router motor w/ 1001-T2 base
1- Milwaukee 5615-29 router
1- Milwaukee angle drill
1- Milwaukee 6151 angle grinder
1- Delta 8" bench drill press
1- lot of assorted hand tools, levels, socket wrench sets,
   Clamps, and etc.
1- lot of assorted caulking, nails, fasteners, mortar color,
   Quikrete mixes, and etc.

1 Caterpillar model T50D LPG forklift truck
 s/n 8EB06961, 4,500 lb. capacity, 188" 3 stage lift
 w/ side shifter with cushion tires

| | |
|---|---|
| 1 | 1996 Eager Beaver model 20HAP10T tandem axle beavertail equipment trailer<br>VIN 112HZN315TL046150<br>8'-0 wide x 19'-0 long, 6'-0 long beavertail<br>w/ end ramps, 7'-0 long |
| 1 | 2008 CAM Superline tandem axle equipment trailer<br>VIN 5JPBU23208P021204<br>80" wide x 18'-0 long w/ 4'-0 long end ramps |
| 1 | Bri-Mar tandem axle dump trailer<br>NJ License Plate #TJT-66R<br>14'-0 long, 14 cu. yard capacity w/ tarp<br>Body rotted and rusted in numerous places<br>Note: unit filled w/ construction debris |
| 1 | Bri-Mar tandem axle dump trailer<br>NJ License Plate #TJT-69R<br>14'-0 long, 14 cu. yard capacity w/ tarp<br>Body rotted and rusted in numerous places<br>Note: unit filled w/ construction debris |
| 1 | Bri-Mar tandem axle dump trailer (Unit #5)<br>NJ License Plate #TJT-70R<br>14'-0 long, 14 cu. yard capacity w/ tarp<br>Body rotted and rusted in numerous places<br>Note: unit filled w/ construction debris |
| 1 | Bri-Mar tandem axle dump trailer<br>NJ License Plate #TJT-68R<br>14'-0 long, 14 cu. yard capacity w/ tarp<br>Body rotted and rusted in numerous places<br>Note: unit filled w/ construction debris |
| 1 | Rectangular open top roll-off container (Unit #19) (lime green)<br>30 cubic yard capacity<br>Note: container loaded w/ construction debris |

| | |
|---|---|
| 1 | 2008 Chevrolet Express 3500 single axle service truck |
| | VIN 1GBHG31CX81105387 |
| | 94,729 miles indicated on odometer |
| | w/ automatic transmission |
| | w/ 4.8L V-8 gasoline engine |
| | w/ Supreme Spartan 10'-8" service body |
| |     w/ rear swing doors |
| |     w/ aluminum ladder rack |
| |     w/ access ladder |
| |     w/ cloth interior |
| | Windshield cracked |
| | Driver's seat torn |
| | |
| 1 | 2006 Chevrolet Express 3500 single axle service truck |
| | VIN 1GBJG31U661159664 (Unit #5) |
| | 87,490 mile indicated on odometer |
| | w/ automatic transmission |
| | w/ 6.0L V-8 gasoline engine |
| | w/ Supreme Spartan 10'-8" service body |
| |     w/ rear swing doors |
| |     w/ aluminum ladder rack |
| |     w/ access ladder |
| | w/ vinyl interior |
| | Winshield scratched |
| | |
| 1 | 2008 Chevrolet Colorado 4 door extended cab pick-up truck |
| | VIN 1GCDT299588211732 (Unit #15) |
| | 150,168 miles indicated on odometer |
| | w/ automatic transmission |
| | w/ 2.9L 4 cylinder gasoline engine |
| | w/ 4 wheel drive |
| | w/ 6'-0 bed w/ bed liner w/ right side ladder rack |
| | Front bumper rotted, rusted and damaged |
| | |
| 1 | 2015 Chevrolet Express 3500 single axle service truck |
| | VIN 1GB0G2CG3F1258634 (Unit #6) |
| | 28,793 miles indicated on odometer |
| | w/ 4-speed automatic transmission |
| | w/ 6.0L V-8 gasoline engine |
| | w/ Supreme Spartan 10'-8" service body |
| |     w/ rear swing doors |
| |     w/ aluminum ladder rack |
| |     w/ access ladder |

2013 Chevrolet Silverado 3500 HD 4 door crew cab pick-up truck
VIN 1GC5KYCG6FZ518482 (Unit #9)
    104,219 miles indicated on odometer
    w/ 6 speed automatic transmission
    w/ 6.0L V-8 gasoline engine
    w/ 4 wheel drive
    w/ tow package
    w/ 8'-0 bed w/ bed liner
    w/ System One modular aluminum ladder rack
    w/ vinyl interior, driver's seat torn

1    2015 Ford Transit Connect 4 door long wheelbase van
    VIN NM01S7E71F1215649
     71,924 miles indicated on odometer
    w/ 6 speed automatic transmission
    w/ 2.5L 4 cylinder gasoline engine
    w/ Prime Design AluRack aluminum roof rack
    w/ rear jump seat
    w/ section of metal rack

1    2013 Nissan Xterra 4 door SUV
    VIN 5N1AN0NW1DN826301 (Unit #16)
    58,419 miles indicated on odometer
    w/ 5 speed automatic transmission
    w/ 4.0L V6 gasoline engine
    w/ 4 wheel drive
    w/ roof rack
    w/ running boards
    w/ alloy wheels
    Body damage to right front hood and head light

1    2013 Chevrolet Silverado 1500 LTZ, 4 door crew cab pick-up
    truck, VIN 3GCPKTE7XDG239153
    156,766 miles indicated on odometer
    w/ 6 speed automatic transmission
    w/ 5.3L V8 Flex Fuel gasoline engine
    w/ 4 wheel drive
    w/ navigation system
    w/ backup camera
    w/ moon roof
    w/ dual power leather heated seats
    w/ bed liner
    w/ tow package
    Minor dent right front fender

    1- Tapco Pro III Port-O-Bender siding brake, 10'-6" long
    1- Tapco Max-II XL siding brake, 10'-6" long
    5- 24'-0 sections of Alum-A-Pole each w/ aluminum pump jack
    2- ladder jacks
    1- 16'-0 aluminum extension ladder
    1- 28'-0 aluminum extension ladder
    1- 24'-0 aluminum extension ladder
    3- assorted aluminum ladders, 12'-0 & 15'-0
    2- Bull Ladders aluminum planks, 12" wide x 28'-0 long
    1- aluminum plank, 18" wide x 28'-0 long

1    Wacker Neuson GP5600A portable generator (0620382)
    s/n 5904182 with wheel kit

Located at: 9 Lone Pine Drive, Berkeley Heights, NJ

## EQUIPMENT, VEHICLES & TRAILERS

| QTY. | DESCRIPTION | FORCED LIQUIDATION VALUE |
|---|---|---|
| 1 | 2015 Kenworth model T370 single axle dump truck<br>VIN 2NKHHM5HXFM468135<br>50,825 miles indicated on odometer<br>w/ Allison automatic transmission<br>w/ Paccar PX-7, L6, 6.7L diesel engine<br>w/ custom aluminum back pack behind the cab box<br>   36" wide x 48" high<br>w/ 2- custom aluminum underbody boxes<br>   Each 36" wide x 24" high<br>w/ 10'-0 aluminum dump body<br>w/ aluminum wheels<br>w/ tow package<br>Note: dump body filled with construction debris | |
| 1 | 2002 Ford F-750 Super Duty single axle dump truck<br>VIN 3FDXF75R22MA02390 (Unit #4)<br>76,791 miles indicated on odometer<br>w/ 7 speed manual transmission<br>w/ Caterpillar 3126 L6, 7.2L, 250 H.P. diesel engine<br>w/ 10'-0 steel dump body w/ left side underbody box<br>w/ electric tarp system<br>Right front fender damaged, interior of cab poor condition<br>Note: dump body filled with construction debris | |
| 1 | Caterpillar model 420DIT 4x4 loader backhoe<br>s/n CAT0420DCBLN11182 (2004)<br>481.5 hours indicated on meter<br>w/ EROPS<br>w/ hydraulic Q/C bucket<br>w/ front auxiliary hydraulics<br>w/ Extendahoe with bucket<br>w/ fork attachment<br>Missing left side door window<br>Front windshield cracked | |

| | |
|---|---|
| 1 | 1998 Mack RD688S tandem axle roll-off truck
VIN 1M2P267C9WM037427 (Unit #02)
420,927 miles indicated on odometer
w/ Eaton Fuller manual transmission
w/ Mack L6, 12.0L (723 CID) diesel engine
w/ Rudco model OR-TRI roll-off hoist
   s/n HRP-6642, 60,000 lb. capacity
w/ electric tarp system
w/ 2- right side aluminum underbody boxes
w/ dual chrome exhausts
w/ dual aluminum fuel tanks
w/ aluminum wheels |
| 1 | Bri-Mar tandem axle dump trailer (Unit #2)
NJ License Plate #TJT-67R
14'-0 long, 14 cu. yard capacity
w/ tarp body rotted and rusted in numerous places
Note: unit filled w/ construction debris |
| 1 | Bri-Mar tandem axle dump trailer (Unit #6)
14'-0 long, 14 cu. yard capacity w/ tarp
Body rotted and rusted in numerous places
Note: unit filled with construction debris |
| 1 | 1976 Dorsey tandem axle 48'-0 drop frame van trailer
VIN 121794
Year, name and VIN not visible (obtained from company records)
w/ rear swing doors
   2- curb side doors
   6- street side doors
Trailer used for storage, poor condition |
| 6 | Rectangular open top roll-off containers
(Unit# 10, 21, 22, 23, 20, 18) (Lime Green)
30 cubic yard capacity
Note: containers loaded with construction debris |
| 4 | Rectangular open top roll-off containers
(Unit #12, 13, 14 & 11) (Lime Green)
20 cubic yard capacity
Note: containers loaded with construction debris |
| 2 | Rectangular open top roll-off containers
(Unit #16 & 17) (Lime Green)
12 cubic yard capacity
Note: containers loaded with construction debris |

2   Rectangular open top roll-off containers (Green)
    30 cubic yard capacity, units are rotted around bottom seam
    Note: containers loaded with construction debris

1   Group of equipment located in Dorsey storage trailer and
    through-out yard consisting of:
    1- Stone model 465 PM portable mortar mixer
        s/ Briggs & Stratton 6.5 H.P. gasoline engine
       (poor condition)
    1- skid mounted tilting metal dumpster, ~2.0 cu. yd.
    1- Ridgid shop vacuum
    2- Roughneck FC-30GC-N, 30 gallon HD fuel caddys
    1- lot of moving blankets
    7- scaffold uprights, 5'-0 x 5'-0
    1- Pittsburgh model 69514, 2 ton folding engine crane
    1- 8'-0 wood step ladder
    1- lot of pallet rack cross beams
    1- Sun model SB-5 bench drill press (1981)
    1- Reimann Georger model 250G hoist, s/n 89739
        240/400 lb. capacity
        w/ Briggs & Stratton 3.5 H.P. gasoline engine
    1- hose reel w/ hose
    1- tile saw (no name visible)
    5- full and partial pallets of Belgium block, concrete block,
       and stone

Located at: 30 Druid Hill Road, Summit, NJ

**EQUIPMENT**

| QTY. | DESCRIPTION | FORCED LIQUIDATION VALUE |
|---|---|---|
| 1 | Komatsu model PC50MR-2 mini hydraulic excavator<br>s/n 7811 (2007)<br>3,186 hours indicated on meter<br>w/ EROPS<br>w/ bucket with thumb<br>w/ back file blade<br>w/ rubber tracks<br>Machine poor condition<br>Missing cab door<br>Tracks poor condition<br>Interior of cab poor condition<br>Body damage numerous places | |